EXHIBIT B - Plaintiff's Complaint


# CT Corporation

**Service of Process Transmittal**
02/18/2021
CT Log Number 539072500

TO: Sue Carlson
Target Corporation
1000 NICOLLET MALL
MINNEAPOLIS, MN 55403-2542

RE: **Process Served in Nevada**

FOR: Target Corporation (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | LUISA HOARD, etc., Pltf. vs. TARGET CORPORATION, etc, et al., Dfts. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # A21829372C |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - - |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Carson City, NV |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/18/2021 at 02:25 |
| **JURISDICTION SERVED:** | Nevada |
| **APPEARANCE OR ANSWER DUE:** | - |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/18/2021, Expected Purge Date: 02/23/2021<br><br>Image SOP<br><br>Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>701 S. Carson Street<br>Suite 200<br>Carson City, NV 89701<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Electronically Issued
2/16/2021 1:40 PM

```
1  SUMM
   ADAM J. BREEDEN, ESQ.
2  Nevada Bar No. 008768
   BREEDEN & ASSOCIATES, PLLC
3  376 E. Warm Springs Road, Suite 120
   Las Vegas, Nevada 89119
4  Telephone: (702) 819-7770
   Facsimile: (702) 819-7771
5  Adam@Breedenandassociates.com
   Attorneys for Plaintiff
6
```

# EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| LUISA HOARD, an individual, | CASE NO.: A-21-829372-C |
| Plaintiff, | DEPT NO.: XXXI |
| v. | |
| TARGET CORPORATION, a foreign corporation; and DOES I through X, inclusive and ROE CORPORATIONS I through X, inclusive, | SUMMONS - CIVIL |
| Defendants. | |

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

TO THE DEFENDANT:

### TARGET CORPORATION

A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

1. If you intend to defend this lawsuit, within 21 days after this Summons is served on you, exclusive of the day of service, you must do the following:

    (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

    (b) Serve a copy of your response upon the attorney whose name and address is

Case Number: A-21-829372-C

2-22-2021    000398399G0001    6020210222013115

https://www.sedgwicksir.com/EditorHTML5/printModule.html    3/1/2021

shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Issued at the request of:

BREEDEN & ASSOCIATES, PLLC

ADAM J. BREEDEN, ESQ.
Nevada Bar No. 8768
376 E. Warm Springs Road, Suite 120
Las Vegas, Nevada 89119
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

CLERK OF THE COURT

By_____ 2/17/2021
Deputy Clerk                    Date
Clark County Regional Justice Center
Eighth Judicial District Court
200 Lewis Ave., Third Floor
Las Vegas, NV 89155

Demond Palmer

2

Electronically Filed
2/12/2021 10:44 AM
Steven D. Grierson
CLERK OF THE COURT

```
1  COMP
   ADAM J. BREEDEN, ESQ.
2  Nevada Bar No. 008768
   BREEDEN & ASSOCIATES, PLLC
3  376 E. Warm Springs Road, Suite 120
   Las Vegas, Nevada 89119
4  Telephone: (702) 819-7770
   Facsimile: (702) 819-7771
5  Adam@Breedenandassociates.com
   Attorneys for Plaintiff
```

CASE NO: A-21-829372-C
Department 31

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| LUISA HOARD, an individual, | CASE NO.: |
| Plaintiff, | DEPT NO.: |
| v. | |
| TARGET CORPORATION, a foreign corporation; and DOES I through X, inclusive and ROE CORPORATIONS I through X, inclusive, | COMPLAINT |
| Defendants. | |

Plaintiff, LUISA HOARD, by and through her attorney of record, Adam J. Breeden, Esq., of the law firm of BREEDEN & ASSOCIATES, PLLC, hereby alleges the following for her Complaint:

### PARTIES AND VENUE

1. Plaintiff, LUISA HOARD (hereinafter referred to as "Plaintiff" and/or "Mrs. Hoard") is a resident of and citizen of the State of Nevada, County of Clark, and was at all times relevant to this Complaint.

2. Defendant, TARGET CORPORATION, a foreign corporation (hereinafter referred to as "Target"), is a company duly licensed to operate and conduct business in Clark County, Nevada with its Corporate Headquarters located in Minneapolis, Minnesota.

3. This Court has personal jurisdiction over the Defendant because the Complaint arises from an incident that occurred at one of Defendant's stores in Clark County, Nevada where it

1. regularly conducts business and has the minimum contacts required.

2. 4.  This Court has subject matter jurisdiction over this matter pursuant to Nev. Const. Art. VI, § 6 and NRS § 4.370(1), as this Court has original jurisdiction in all cases not assigned to the justices' courts and the amount in controversy exceeds $15,000, exclusive of attorney's fees, interest, and costs.

3. 5.  All the facts and circumstances that give rise to this dispute and lawsuit occurred in Clark County, Nevada, making venue in the Eighth Judicial District the appropriate venue.

4. 6.  The true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, are unknown to the Plaintiff, who therefore sues these defendants by such fictitious names. Plaintiff is informed and believes and thereon alleges that each of the Defendants designated herein as a Does I through X, inclusive, and/or Roe Corporations I through X, inclusive, is responsible in some manner for the events and happenings herein referred to and caused injury and damages proximately thereby to Plaintiff as herein alleged, and Plaintiff will ask leave of this Court to amend this Complaint to insert the true names and capacities of Defendants DOES and/or ROE CORPORATIONS when the same have been ascertained by Plaintiff, together with appropriate charging allegations, and adjoin such Defendants in this action.

7.  DOES I through X include, but are not limited to, presently unknown employees of Defendant, TARGET CORPORATION, who are responsible for floor maintenance.

8.  ROE CORPORATIONS I through X include, but are not limited to, presently unknown employers or principals of Defendant DOES I through X.

**GENERAL ALLEGATIONS**

9.  On or about March 7, 2019, Mrs. Hoard was a patron at the Target store located at 4001 S. Maryland Parkway in Las Vegas, Nevada.

10. At the aforementioned time and date, Mrs. Hoard was shopping with her husband and when she approached the register to check out, she slipped on a clear liquid believed to be water on the floor causing her to violently fall to the ground.

11. At the time of the accident, no caution, wet floor or other signs were in use.

2

1  12. Employees of Target failed to properly keep the premises in a reasonably safe condition for use causing Mrs. Hoard to slip and fall on the wet floor surface.

13. Employees of Target were on actual or constructive notice of the foreign substance on the floor.

14. Employees of Target failed to properly display warning of the wet floor to the store's patrons.

15. On information and belief, Defendant, TARGET CORPORATION, was and is the employer of DOES I through X and is responsible for the acts of its employees based on that agency relationship and respondeat superior.

16. Due to the slip and fall, Mrs. Hoard suffered serious injury to her right knee, including a broken patella requiring surgical repair, which has caused her severe pain and suffering, and she has incurred or will incur medical expenses exceeding $85,000 and other damages related to said injuries.

**FIRST CAUSE OF ACTION**
(Negligence – Against All Defendants)

17. Plaintiff re-states and incorporates all prior allegations set forth in this Complaint as if fully restated herein.

18. At the time stated herein, Target had a common law and non-delegable duty to keep its premises in a reasonably safe condition for use.

19. Target breached said duty by allowing a dangerous condition to exist, i.e. a foreign substance on the floor for which Target had actual or constructive knowledge.

20. At the time stated herein, Defendants DOES I-X, had a duty to exercise reasonable care of the kind exercised by an ordinary, prudent person under the circumstances to assure that his/her work did not endanger or harm others.

21. DOES I – X breached said duties by failing to properly maintain the premises and remedy hazardous conditions prior to allowing patrons to enter the premises.

22. The Defendants' breach of their duty was the proximate cause of the incident and the injuries sustained by Mrs. Hoard.

3

23. Target is responsible for the acts of its agents, DOES I-X.

24. Further, Target's failure to properly manage, train, and supervise its agents was the proximate cause of the incident and the injuries sustained by Mrs. Hoard.

25. The incident caused Mrs. Hoard suffered serious injury to her right knee, including a broken patella requiring surgical repair, which has caused her severe pain and suffering, and she has incurred or will incur medical expenses exceeding $85,000 and other damages related to said injuries. The total amount of Plaintiff's damages is uncertain at this time and will be proven at trial, but exceeds $15,000.00.

26. As a result of said incident, Mrs. Hoard has or will incur attorney's fees, costs and other expenses in prosecuting these claims and seeks to recover said damages by way of this action along with all pre-judgment or post-judgment interest allowed by law.

WHEREFORE, Plaintiff prays for judgment against the Defendants and each of them jointly and severally as follows:

1) Compensatory damages in an amount to be proven at trial but exceeding $15,000.00;
2) Attorney's fees, expenses and costs of suit;
3) All pre-judgment and post-judgment interest awardable by law;
4) Such further relief as the Court may deem just and proper.

DATED this 12th day of February, 2021.

BREEDEN & ASSOCIATES, PLLC

*signature*

ADAM J. BREEDEN, ESQ.
Nevada Bar No. 008768
376 E. Warm Springs Road, Suite 120
Las Vegas, Nevada 89119
Telephone: (702) 819-7770
Facsimile: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

4