# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUISA HOARD, | Case No.: 2:21-cv-00409-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| TARGET CORPORATION, | |
| Defendant | |

Defendant Target Corporation filed a motion for summary judgment to which it attached a manually filed CD of the video purportedly showing the incident at issue in this lawsuit. ECF Nos. 19, 20. However, the CD provided to the court is blank.

I THEREFORE ORDER that by June 10, 2022, defendant Target Corporation shall provide a functional copy of the CD containing the video surveillance exhibit.

DATED this 27th day of May, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE